RACHEL C. HERNANDEZ
Acting United States Attorney
District of Arizona
GLENN B. McCORMICK
Assistant United States Attorney
Arizona State Bar No. 013328
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: glenn.mccormick@usdoj.gov
Attorneys for Plaintiff

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 2 6 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>David Andrew Combe,<br><br>　　　　　Defendants. | No.　CR-25-00301-PHX-SHD (DMF)<br><br>**INDICTMENT**<br><br>VIO:　18 U.S.C. § 1038(a)(1)<br>　　　(False Information and Hoaxes)<br>　　　Count 1<br><br>　　　18 U.S.C. § 871<br>　　　(Threats Against the President)<br>　　　Count 2<br><br>　　　18 U.S.C. § 871<br>　　　(Threats Against the President)<br>　　　Count 3 |

**THE GRAND JURY CHARGES:**

### COUNT 1

On and between September 8, 2020, and September 14, 2020, in the District of Arizona and elsewhere, the defendant, DAVID ANDREW COMBE, did intentionally convey false and misleading information to wit: a letter addressed to the President of the United States containing an inert white powder that stated in part, "PS: enjoy the anthrax in the envelope!!" with a name and return address associated with a third person, under circumstances where such information may reasonably have been believed, and that indicated an activity was taking place, that would constitute a violation of Title 18 U.S.C.

§ 175(a), specifically, knowingly developing, producing, stockpiling, transferring, acquiring, retaining and possessing a biological agent, toxin, and delivery system for use as a weapon, or attempting or threatening to do so.

All in violation of Title 18, United States Code, Section 1038(a)(1).

### COUNT 2

On and between September 8, 2020, and September 14, 2020, the defendant, DAVID ANDREW COMBE, did knowingly and willfully deposit for conveyance in the mail and for delivery from a post office and by a letter carrier a letter, paper, writing, print, missive, and document containing a threat to take the life of and to inflict bodily harm upon the President of the United States, specifically, the defendant placed a letter in the U.S. Mail, addressed to the President of the United States that contained a white powder and stated in part, "PS: enjoy the anthrax in the envelope!!"

All in violation of Title 18, United States Code, Section 871.

### COUNT 3

On and between September 8, 2020, and September 14, 2020, the defendant, DAVID ANDREW COMBE, did knowingly and willfully deposit for conveyance in the mail and for delivery from a post office and by a letter carrier a letter, paper, writing, print, missive, and document containing a threat to take the life of and to inflict bodily harm upon the President of the United States, specifically, the defendant placed a letter in the U.S. Mail, addressed to the President of the United States that stated in part, "…I will hunt you down and kill you…"

///
///
///
///
///
///

All in violation of Title 18, United States Code, Section 871.

A TRUE BILL

S/
FOREPERSON OF THE GRAND JURY
Date: February 26, 2025

RACHEL C. HERNANDEZ
Acting United States Attorney
District of Arizona

S/
GLENN B. McCORMICK
Assistant U.S. Attorney

- 3 -