# UNITED STATES DISTRICT COURT

for the
District of Arizona

FILED ___ LODGED
✓ RECEIVED ___ COPY

MAR 2 5 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br><br>David Andrew Combe<br>*Defendant* | )<br>)  Case No. CR-25-00301-001-PHX-SHD<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay
*(name of person to be arrested)* David Andrew Combe,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1038(a)(1) (False Information and Hoaxes)
18 U.S.C. § 871 (Threats Against the President)
18 U.S.C. § 871 (Threats Against the President)

*Katlyn James*
*Issuing officer's signature*

City and state: Phoenix, Arizona

Katlyn James, Deputy Clerk
*Printed name and title*

ISSUED ON 12:15 pm, Feb 27, 2025
s/ Debra D. Lucas, Clerk

### Return

This warrant was received on *(date)* 2/27/25, and the person was arrested on *(date)* 3/12/25
at *(city and state)* Rapid City, SD

Date: 3/14/25

*Arresting officer's signature*

Dusan Hartland
*Printed name and title*

cc: PTS